**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00210-CV

### IN THE INTEREST OF A.A.E. AND J.O.E., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53528-2014**

## ORDER

Before the Court is appellee's August 20, 2018 motion to dismiss the appeal   We **DENY** the motion.

Also before the Court is appellee's September 11, 2018 motion for appellant to provide a copy of her brief to him.  We **GRANT** the motion as follows:  We **DIRECT** the Clerk of this Court to send a paper copy of appellant's brief filed on August 13, 2018 to appellee.  We caution appellant that a copy of all documents filed with this Court must be served on appellee at 231 W. Woodard, #1042, Denison, Texas 75020.  *See* TEX. R. APP. P. 9.5(a).  On the Court's own motion, we extend the deadline for appellee to file his brief to **October 12, 2018**.

/s/     ADA BROWN
JUSTICE